IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 JUN 12 AM 11:53
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

| | |
|---|---|
| MICHAEL SHANE CROWDER, | § |
| Plaintiff, | § |
| v. | §  Case No. 1:17-cv-00090-SS |
| MEDICREDIT, INC., | § |
| Defendants. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice the Parties, it is hereby ORDERED that this action be DISMISSED WITH PREJUDICE. All causes of action raised or which could have been raised by the parties in this case are dismissed with prejudice. Each party shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

SIGNED this 9th day of June, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE